IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 21-cv-01259 |
| | ) |
| CPO HOSPITALITY, LLC, | ) |
| d/b/a CROWNE PLAZA CHICAGO | ) Judge Franklin U. Valderrama |
| O'HARE HOTEL AND CONFERENCE | ) |
| CENTER, | ) Magistrate Judge: Susan E. Cox |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff HOWARD COHAN ("Plaintiff") hereby gives notice that Defendant CPO HOSPITALITY, LLC d/b/a CROWNE PLAZA CHICAGO O'HARE HOTEL AND CONFERENCE CENTER ("Defendant") (collectively, "Parties") and Plaintiff have settled the claims in this case. The Parties anticipate filing a Stipulation of Voluntary Dismissal with prejudice within Twenty-one (21) days as soon as the formal settlement agreement is executed by all parties. The Plaintiff respectfully requests that the Court enter an order striking all upcoming deadlines and allow the Parties until May 26, 2021 to file the Stipulation of Voluntary Dismissal.

Dated: May 5, 2021                HOWARD COHAN

By: */s/ Marshall J. Burt*
Marshall J. Burt, Esq.
The Burt Law Group, Ltd.
Attorney for Plaintiff
77 W. Washington, Ste. 1300
Chicago, IL 60602
Telephone: 312-419-1999
marshall@mjburtlaw.com
IARDC #6198381

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 5, 2021, I electronically filed this Notice of Settlement with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of its filing to all attorneys of record.

                /s/ Marshall J. Burt
                Marshall J. Burt