## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Howard Cohan

                Plaintiff,

v.                                               Case No.: 1:21–cv–01259

                                                         Honorable Franklin U. Valderrama

CPO Hospitality, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 6, 2021:

      MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to the notice of settlement [8], and to avoid unnecessary status hearings and to provide time to effectuate the agreement, the case is dismissed without prejudice and with full leave to reinstate via motion filed by 07/08/2021. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. The joint initial status report due on 5/19/2021 is stricken. Civil case is terminated. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.